# ALAN S. FUTERFAS

ATTORNEY AT LAW

565 FIFTH AVENUE, 7TH FLOOR

NEW YORK, NEW YORK 10017

(212) 684-8400

ELLEN B. RESNICK

STEPHANIE GUABA

BETTINA SCHEIN
OF COUNSEL

asfuterfas@futerfaslaw.com

December 18, 2025

**VIA ECF**
The Honorable Loretta A. Preska
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

Re:    **United States v. Ravi Allahab, 24-cr-00612 (LAP)**

Dear Judge Preska:

This letter is respectfully submitted on behalf of defendant Ravi Allahab to request permission to travel from the Eastern District of New York to the Middle District of Florida with his wife and four children from January 15, 2026 through January 22, 2026. The government and Pretrial Services do not oppose this request. Mr. Allahab will provide Pretrial Services with proof of travel and travel itinerary.

Thank you for your consideration of this submission.

*Granted*

SO ORDERED

*Loretta A Preska*

LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE

12/22/25

Respectfully submitted,

_____/s/_____
Alan S. Futerfas
Ellen B. Resnick
Stephanie Guaba
*Counsel to Ravi Allahab*

Cc:    All counsel (via ECF)
       Pretrial Services Officer Vanessa Perdomo (via E-mail)